LOCKWOOD *against* KNAPP and another :
### IN ERROR.

Where the payee of a promissory note for 500 dollars, payable three years after date, with interest annually, brought an action on it within two

*Fairfield,*
June,
1822.

Lockwood
*v.*
Knapp.

years from the date, but after one year's interest had become payable, demanding 600 dollars damages; and appealed the cause to the superior court, where he recovered judgment for the amount of interest due at the date of his writ: it was held, that such cause was unappealable, and not within the jurisdiction of the superior court   The judgment of that court was, therefore, reversed, and the cause remanded to the county court for further proceeding.

In an action on a promissory note, the original plaintiffs declared as follows : " That the defendant, in and by a certain writing or note, under his hand, by him well executed, dated the 11th of *March,* 1819, promised the plaintiffs to pay to them, for value received, the sum of 500 dollars, three years after date, with the interest annually ; as by the said writing or note, ready in court, fully appears : Yet the defendant, his promise aforesaid not regarding, hath never performed the same ; nor hath he paid the interest, which became due on said note, on the 11th day of *March,* 1820 ; though often requested and demanded ; which is to the plaintiff's damage the sum of 600 dollars." The writ was dated the 31st of *August,* and served, the 1st of *September,* 1820. On a demurrer to the declaration, in the county court, judgment was rendered for the defendant ; and the plaintiffs appealed to the superior court, and by the consideration of that court, recovered judgment for 30 dollars damages, and costs. To reverse the last-mentioned judgment, the present writ of error was brought, assigning for error, that the cause was not appealable, and the superior court had not jurisdiction of it.

The case was submitted without argument.

HOSMER, Ch. J. From the declaration of the plaintiffs below, it appears, that the highest sum recoverable on the note in suit, was thirty dollars for the interest due upon it ; no part of the principal having become payable. The cause was unappealable, not being within the jurisdiction of the superior court. The judgment of that court must, therefore, be reversed, and the cause remanded to the county court for further proceeding.

The other Judges were of the same opinion.

Judgment reversed ; and the
Cause remanded to county court.